UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00615-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  MAURICE THADEUS WILLIAMS,

     Defendant.

## ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     A Notice of Disposition was filed in the above matter on April 8, 2011 [ECF No. 14].  A Change of Plea hearing is set for Thursday, May 12, 2011 at 4:00 PM.  **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.

     Dated:  April 11, 2011