UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00615-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MAURICE THADEUS WILLIAMS,

    Defendant.

**ORDER**

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Change of Plea Hearing set for Thursday, May 12, 2011 at 4:00 PM is **VACATED** and **RESET** for the same day, Thursday, May 12, 2011, at **3:30 PM.**

    Dated: May 9, 2011