UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00615-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  MAURICE THADEUS WILLIAMS,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Due to a conflict with the Court's schedule, the Change of Plea Hearing set for Thursday, May 12, 2011, at 3:30 p.m. is **VACATED and RESET to Friday, June 10, 2011 at 3:30 p.m.**

      Dated:  May 12, 2011.