IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.   10-cr-00615-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   MAURICE THADEUS WILLIAMS,

    Defendant.

## ORDER MODIFYING AND CONTINUING BOND RELEASE

THIS MATTER is before the Court on December 22, 2014, for the purpose of a supervised release violation hearing.   The Court continued the hearing until June 23, 2015, and it is hereby

ORDERED that the defendant's bond is reinstated to include the following special conditions:   1) the defendant shall enroll in an educational program; and 2) the defendant shall be placed on home detention for a period of six (6) months, to commence upon release from confinement.   During this period, he shall remain at his place of residence at all times other than time spent at work or time spent on other activities approved in advance by the probation officer.   This period of home detention shall be enforced by electronic monitoring.   To permit this monitoring, the defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, or cordless telephones.   He shall wear electronic monitoring devices and follow all other procedures specified by the probation officer.   It is

FURTHER ORDERED that all previously imposed conditions shall remain in full

- 2 -

force and effect.

    Dated:    December 23, 2014.

                                            BY THE COURT:

                                            <u>s/ Wiley Y. Daniel</u>
                                            WILEY Y. DANIEL,
                                            SENIOR UNITED STATES DISTRICT JUDGE